GEORGE J. WESSLAU, Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

*Wesslau* v. *Long Island R. R. Co.*, 150 App. Div. 931, affirmed.
(Argued January 23, 1914; decided February 10, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered June 4, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the loss of a trunk and its contents delivered to the defendant, a common carrier. The defense alleged a contract limiting its liability.

*William D. Guthrie* for appellant.

*Edward J. Rowe* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER. CHASE, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.